IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SPLIT PIVOT, INC.,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-639-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Trek Bicycle Corporation, granting its motion for summary judgment of non-infringement and dismissing this case.

| s/ R.Plender, Deputy Clerk | 12/17/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |